■ SARAH B. ADAMS et al., as Trustees of a Trust Created by MORRIE E. SILVER, for the Benefit of NAOMI SILVER, et al., Appellants, v ROBERT S. COOPER, as Trustee in Bankruptcy for PITTSFORD POLO CLUB, INC., et al., Respondents. [661 NYS2d 563] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order of Supreme Court, Ontario County, Cornelius, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ In the Matter of DEBORAH L. UPCRAFT, Formerly Known as DEBORAH L. ALLEN, Appellant, v JOHN J. TESORIERO, Respondent. [661 NYS2d 140] —Order unanimously affirmed without costs. Memorandum: Family Court properly granted respondent's objections to an order of the Hearing Examiner, who, following a fact-finding hearing, concluded that petitioner established a change of circumstances warranting upward modification of child support (see, Family Ct Act § 461 [b] [ii]). The only change of circumstance alleged by petitioner was that one of the parties' four children had lived with respondent for two years beginning in September 1993. The order sought to be modified by petitioner directed respondent to pay support for all four children, and respondent had been paying support pursuant to that order even during the period that one child lived with him. Even assuming, arguendo, that petitioner established a change of circumstances, the kind of change involved here does not warrant an upward modification of respondent's support obligation. (Appeal from Order of Oswego County Family Court, Roman, J.—Support.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.